SCHEER v. LONG ISLAND R. CO. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William Scheer against the Long Island Railroad Company. No opinion. Judgment affirmed, without costs to either party. See, also, 127 App. Div. 267, 111 N. Y. Supp. 569.

SCHERR, Appellant, v. PIONEER IRON WORKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12 1909.) Action by Frederick Scherr against the Pioneer Iron Works and others. No opinion. Judgment affirmed, with costs.

SCHILT, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15 1909.) Action by Esther Schilt against the City of New York and others. With this case has been consolidated in this court, cases bearing titles as follows: Thomas A. Rickert, as President, Respondent, v. Henry White, Appellant; Catharine De Wolf, Appellant, v. Simeon Ford et al., Respondents (two cases); Samuel Thier, Appellant, v. Tobe Thier, Respondent; Lazar Schneider, Appellant, v. David Sussman et al., Respondents; Max Rothbart v. David Sussman et al.; James E. Waters, Appellant, v. Terry & Tench Co., Respondent; Henry C. Mumbrauer, Appellant, v. David H. Morris et al., Respondents; Mary Nugent, as Administratrix, Appellant, v. Clyde Steamship Company, Respondent; William Carter, Appellant, v. Builders' Construction Co. et al., Respondents (four cases); Baltimore Bridge Co., Respondent, v. John F. Cockerill et al., Appellants; Theodore Schmalholz v. Hotel Gotham Co.; Matter of Gilbert H. Montague as Receiver; James Beggs, Respondent, v. Harlow M. Seeley, Appellant; Samuel Markowitz, Appellant, v. Mildred Markowitz, Respondent. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 130 App. Div. 609, 115 N. Y. Supp. 339.

In re SCHLOSSER. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) In the matter of the judicial settlement of the account of proceedings of Francis Schlosser, administrator, etc., of Elizabeth Schlosser, deceased. No opinion. Motion denied, without costs. See, also, 116 N. Y. Supp. 794, 796.

In re SCHMIDT. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) In the matter of the application of Henry Schmidt for payment of an award, etc., in proceedings to acquire a school site on the northerly side of Covert avenue, etc. No opinion. Application referred to Simeon B. Chittenden to hear and report.

SCHMITT, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Elizabeth Schmitt against the New York Life Insurance Company. No opinion. Interlocutory judgment af-

firmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

SCHNEIDER v. FINKELSTEIN. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Charles Schneider against Morris F. Finkelstein. With this case has been consolidated in this court cases bearing titles as follows: Monro G. Dessauer v. John B. Sagarra; Henry Erkins v John Tucker; Frederick Engelhardt v. James T. Fargo; Joseph Kirschner v. Fourteenth Street Store. No opinions. Applications denied, with $10 costs in each case. Orders signed. See, also, 107 N. Y. Supp. 126; 62 Misc. Rep. 495, 115 N. Y. Supp. 256.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Tilly Schnurr against Alexander Quinn No opinion. Motion denied, without costs.

SCHOONMAKER, Respondent, v. FETTEL Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909. Action by George W. Schoonmaker against Henry Fettel. No opinion. Judgment of th Municipal Court affirmed, with costs.

SCHULTZ, Respondent, v. WILLETT, Appellant. (Supreme Court, Appellate Division Second Department. October 8, 1909.) Action by Barbara Schultz, an infant, by John J. Francis, her guardian ad litem, against William Willett, Jr. No opinion. Judgment and order unanimously affirmed, with costs.

SCHUMACHER v. GREAT EASTERN CASUALTY & INDEMNITY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action Clara Schumacher against the Great Eastern Casualty & Indemnity Company of New York No opinion. Motion granted, and question certified. Order filed.

SCHWARTZ, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department October 12, 1909.) Action by Aaron Schwartz as administrator, etc., of Samuel Schwartz, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHWARTZ, Respondent, v. STATE BANK, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909 Action by Benjamin Schwartz against the State Bank. No opinion. Application granted. Order signed. See, also, 63 Misc. Rep. 265, 116 N. Y. Supp. 701.

SCHWARZ, Appellant, v. SWEITZER, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909